UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TIFFANY FLETCHER as Guardian Ad Litem for PATRICIA A ROSE,<br><br>Plaintiff,<br><br>v.<br><br>FRESNO FOOD CONCENT, INC. dba Perkos Café 187 Selma Food Co., MALIBU FOOD CONCEPT 101, INC. dba Seven Bar and Grill,<br><br>Defendants. | Case No.  1:22-cv-00180-AWI-BAM<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING PETITION FOR APPROVAL OF SETTLEMENT AND COMPROMISE OF DISABLED ADULT'S CLAIMS**<br><br>(Docs. 15, 20) |

Plaintiff Tiffany Fletcher, as Guardian Ad Litem for Patricia A. Rose, initiated this action on February 11, 2022, against Defendant Malibu Food Concept 101, Inc. dba Seven Bar and Grill and Defendant Fresno Food Concept, Inc. dba Perkos Café 187 Selma Food Co.  (Doc. 1.)  On June 15, 2022, Plaintiff filed a petition for court approval of a settlement and compromise of claims against Defendant Malibu Food Concept 101, Inc. dba Seven Bar and Grill. (Doc. 15.)

On July 18, 2022, the assigned magistrate judge issued findings and recommendations recommending:  (1) the petition for approval be granted; (2) the terms of the settlement, including payment of attorneys' fees and costs, the medical liens and bills, and payment to Tiffany Fletcher be approved as fair and reasonable; and (3) Guardian Ad Litem Tiffany Fletcher be ordered to provide quarterly reports to the Court verifying disbursement of the net settlement proceeds for

1

the care and maintenance of Ms. Rose beginning on September 30, 2022, and at the end of every quarter thereafter until September 30, 2024.  (Doc. 20.)  Those findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id.*)  Plaintiff filed a statement of non-objection on July 18, 2022. (Doc. 21.)  Defendant Malibu Food Concept 101, Inc. dba Seven Bar and Grill filed a statement of non-objection on July 28, 2022.  (Doc. 22.)

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of this case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on July 18, 2022 (Doc. 20) are adopted in full;
2. The petition for approval of the settlement and compromise of claims against Defendant Malibu Food Concept 101, Inc. dba Seven Bar and Grill. (Doc. 15) is granted;
3. The terms of the settlement, including payment of attorneys' fees and costs, the medical liens and bills, and payment to Tiffany Fletcher are approved as fair and reasonable;
4. Guardian Ad Litem Tiffany Fletcher is ordered to provide quarterly reports to the court verifying disbursement of the net settlement proceeds for the care and maintenance of Ms. Rose beginning on September 30, 2022, and at the end of every quarter thereafter until September 30, 2024; and
5. The Clerk of the Court is directed to administratively close this case.

IT IS SO ORDERED.

Dated:   September 13, 2022                                  _____
                                                             SENIOR DISTRICT JUDGE